WIMPIE v. CENTRAL CROSSTOWN R. CO. (Supreme Court, Appellate Division, First Department. May. 6, 1904.) Action by Nicholas M. Wimpie against the Central Crosstown Railroad Company. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

WINTERS, Respondent, v. HUGHES, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Leonard Ross Winters against John J. Hughes, doing business under the name and style of American Paper Box Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

WOLF, Respondent, v. HERRMAN, Appellant. (Supreme Court, Appellate Term. May 5, 1904.) Action by Harris Wolf against Henry Herrman. From a Municipal Court judgment in favor of plaintiff, defendant appeals. Modified. Edward Herrmann, for appellant. Samuel Rosenbloom, for respondent.

PER CURIAM. Had the defense of the statute of frauds been pleaded or raised at the trial, the plaintiff's recovery would have been limited to $50; and, in view of the tender of that amount before suit brought and its subsequent payment into court, the judgment should have gone for the defendant. In the absence of such a plea, the justice was warranted in awarding $75 to the plaintiff; but the judgment in his favor should have been in the sum of $25, as the $50 on deposit awaited his order. Judgment modified, by reducing it to $25 and costs, and, as modified, affirmed, without costs.

WOLFE, Appellant, v. CLARKE, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Harry Wolfe against Thomas J. Clarke. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

WOLPERS, Respondent, v. NEW YORK & QUEENS ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Conrad Wolpers, Jr., an infant, by his guardian ad litem, Conrad Wolpers, against the New York & Queens Electric Light & Power Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

WOODWARD, Appellant, v. MILLAGE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Charles E. Woodward against George Millage. No opinion. Judgment of County Court affirmed, with costs.

In re ZEILER. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) In the matter of the application of George E. Zeiler, an incompetent person, etc., for leave to sell certain real estate. No opinion. Order affirmed, with $10 costs and disbursements.